Rabin J Pournazarian, Bar No. 186735
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtor.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAUNA LEE EARLY,<br><br>           Debtors. | Case No: 2019-15172<br><br>Chapter 13<br><br>Docket Control No.: PLG - 1 |

## ORDER GRANTING EX PARTE MOTION BY DEBTORS FOR AUTHORITY TO FINANCE REAL PROPERTY

Pursuant to LBR 3015-1(h)(1)(B) and based upon on the foregoing Ex Parte Motion and the Chapter 13 Trustee's consent, IT IS ORDERED that the motion is granted, and the Debtor is authorized to purchase the real property located at 3507 Cal Drive, Bakersfield, CA 93305.

**Dated:** Oct 12, 2022

**By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**